Order filed November 15,
2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00004-CV

                                                    __________

 

                             MARCUS
ROSENBERGER, Appellant

 

                                                             V.

 

HOMECOMINGS FINANCIAL, LLC F/K/A

HOMECOMINGS FINANCIAL NETWORK, INC.

AND LITTON LOAN SERVICING, L.P., Appellees



 

                                   On
Appeal from the 161st District Court

 

                                                             Ector
County, Texas

 

                                                  Trial
Court Cause No. B-126-011

 



 

                                                                     O
R D E R

            This court has received notice that appellee Homecomings Financial, LLC and its parent
company, Residential Capital, LLC, have filed for bankruptcy protection in Case
No. 12-12020 (MG) in the United States Bankruptcy Court for the Southern
District of New York.  The notice indicates that the bankruptcy petition was
filed on May 14, 2012.  See Tex. R.
App. P. 8.1.   Pursuant to Tex. R.
App. P. 8.2, we suspend this appeal.  

            We
abate this appeal until further order of this court.  The parties are directed
to take such action as is appropriate to advise this court of any change in the
status of Homecomings Financial’s bankruptcy proceeding that would affect the
status of this appeal, including but not limited to the filing of a motion to
reinstate or sever pursuant to Tex. R. App.
P. 8.3.

 

 

                                                                                                PER
CURIAM

 

 

November 15, 2012

Panel consists of: Wright, C.J.,

McCall, J., and Gray, C.J., 10th
Court of Appeals.[1]









[1]Tom Gray, Chief Justice, Court of Appeals, 10th
District of Texas at Waco, sitting by assignment to the 11th Court of Appeals.